# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2784
L.T. Case No. 05-2025-SC-010069

_____

ALBERT JEFFERSON, JR.,

    Appellant,

    v.

TANGELA LaFAE ANDERSON,

    Appellee.

_____

On appeal from the County Court for Brevard County.
Michelle Vitt Baker, Judge.

Albert Jefferson, Jr., Cocoa, pro se.

No Appearance for Appellee.

February 10, 2026

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____